ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DIST OF TX
FILED

2019 JUN 25 PM 2:21

DEPUTY CLERK _____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. |
| CATRELL TYWARREN JOHNSON (01) <br> a.k.a. "Trell" <br> JONATHAN MARKEY CHOPANE (02) <br> a.k.a. "Gotti" | 3-19CR-306-B |

## INDICTMENT

The Grand Jury Charges:

Count One
Sex Trafficking of Children
(Violation of 18 U.S.C. § 1591(a)(1))

Beginning in or about December 15, 2018 and continuing through on or about January 4, 2019, the exact dates being unknown, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Catrell Tywarren Johnson, a.k.a. "Trell,"** in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, namely, Jane Doe, who had not attained the age of 18 years, knowing, and in reckless disregard of the fact, and having had a reasonable opportunity to observe Jane Doe, that Jane Doe had not attained the age of 18 years and would be caused to engage in a commercial sex act.

In violation of 18 U.S.C. § 1591(a)(1), the penalty for which is found at 18 U.S.C. § 1591(b)(2).

<u>Count Two</u>
Sex Trafficking of Children
(Violation of 18 U.S.C. § 1591(a)(1))

Beginning in or about December 21, 2018 and continuing through on or about January 30, 2019, the exact dates being unknown, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Jonathan Markey Chopane, a.k.a. "Gotti,"** in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, namely, Jane Doe, who had not attained the age of 18 years, knowing, and in reckless disregard of the fact, and having had a reasonable opportunity to observe Jane Doe, that Jane Doe had not attained the age of 18 years and would be caused to engage in a commercial sex act.

In violation of 18 U.S.C. § 1591(a)(1), the penalty for which is found at 18 U.S.C. § 1591(b)(2).

Forfeiture Notice
(18 U.S.C. § 1594(d))

Upon conviction for either offense alleged in Count One or Count Two of this superseding indictment and pursuant to 18 U.S.C. § 1594(d), the defendants, **Catrell Tywarren Johnson, a.k.a. "Trell," and Jonathan Markey Chopane, a.k.a. "Gotti,"** shall forfeit to the United States any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such violations and any property, real or personal, constituting or derived from, any proceeds that such person obtained, directly or indirectly, as a result of such violations.

A TRUE BILL.

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_Camille Sparks for Cara Pierce_
CARA FOOS PIERCE
Assistant United States Attorney
Texas State Bar No. 24036579
1100 Commerce Street, Suite 300
Dallas, Texas 75242-1699
Telephone: 214-659-8678
Facsimile: 214-659-8803

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

CATRELL TYWARREN JOHNSON (01)
a.k.a. "Trell"
JONATHAN MARKEY CHOPANE (02)
a.k.a. "Gotti"

INDICTMENT

18 U.S.C. § 1591(a)(1)
Sex Trafficking of Children
(Counts 1 and 2)

18 U.S.C. § 1594(d)
Forfeiture Notice

2 Counts

A true bill rendered

DALLAS                                                          FOREPERSON

Filed in open court this _25_ day of June, 2019.

---

**Warrant to be Issued For Jonathan Markey Chopane**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number:  3:19-MJ-539-BK